UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE W. BEECHUM, et al., | Case No.: 5:15-cv-01886-PSG |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITIMORTGAGE, INC. et al., | |
| Defendants. | |

Plaintiffs George W. Beechum and Anne Marie Beechum filed a complaint against Defendants CitiMortgage, Inc., and NBS Default Services, LLC, on April 27, 2015.[1] The court dismissed the complaint as to CitiMortgage, leaving NBS Default Services as the sole remaining Defendant.[2] However, the Beechums have not yet served their complaint on NBS Default Services. Because the 120-day period for service expired yesterday, August 25, 2015,[3] the Beechums therefore shall show cause in writing by September 2, 2015, why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 17.

[3] *See* Fed. R. Civ. P. 4(m) (requiring service of a complaint within 120 days of filing).

1

Case No.: 5:15-cv-01886-PSG
ORDER TO SHOW CAUSE

Dated: August 26, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge