UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE W. BEECHUM, et al., ) | Case No.: 5:15-cv-01886-PSG |
| Plaintiffs, ) | **ORDER DISMISSING CASE** |
| v. ) | **(Re: Docket No. 21)** |
| CITIMORTGAGE, INC. et al., ) | |
| Defendants. ) | |

Plaintiffs George W. Beechum and Anne Marie Beechum filed a complaint against Defendants CitiMortgage, Inc., and NBS Default Services, LLC, on April 27, 2015.[1] The court dismissed the complaint as to CitiMortgage, leaving NBS Default Services as the sole remaining Defendant.[2] The Beechums did not timely serve their complaint on NBS Default Services, and so the court ordered the Beechums to show cause in writing by September 2, 2015, why dismissal of this case for failure to prosecute was not warranted.[3] Because the Beechums have failed to show cause, the case against NBS Default Services is dismissed for failure to prosecute. Because the

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 17.

[3] *See* Docket No. 21.

1

Case No.: 5:15-cv-01886-PSG
ORDER DISMISSING CASE

Beechums previously filed a near-identical complaint against NBS Default Services,[4] which the court also dismissed,[5] this dismissal is with prejudice.

**SO ORDERED.**

Dated: September 3, 2015

                                                                            _____
PAUL S. GREWAL
United States Magistrate Judge

---

[4] *Cf.* Docket No. 1 *with Beechum v. CitiMortgage, Inc., et al.*, Case No. 5:14- cv-03083-PSG, Docket No. 1.

[5] *See Beechum*, Case No. 5:14-cv-03083-PSG, Docket No. 30.